# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS E. FRENCH,
                Appellant,

vs.

HEIDI GANSERT IN HER OFFICIAL
CAPACITY AS EXECUTIVE
DIRECTOR, EXTERNAL RELATIONS
FOR THE UNIVERSITY OF NEVADA,
RENO; UNIVERSITY OF NEVADA,
RENO; NEVADA SYSTEM OF HIGHER
EDUCATION; NEVADA BOARD OF
REGENTS; AND THE STATE OF
NEVADA ON RELATION TO THE
NEVADA SYSTEM OF HIGHER
EDUCATION, THE NEVADA BOARD
OF REGENTS, AND THE UNIVERSITY
OF NEVADA, RENO,
                Respondents.

No. 73866

**FILED**

NOV 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's notice of withdrawal of appeal is treated and granted as a motion for a voluntary dismissal of this appeal. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. James Todd Russell, District Judge
NPRI Center for Justice and Constitutional Litigation
University of Nevada, Reno, Office of General Counsel
Carson City Clerk